

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:25-MJ-00738-DUTY |
| TOMAS MAURICIO COVARRUBIOS RAMIREZ DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Tuesday__, __9/3/2025__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Autumn D. Spaeth__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __09/02/2025__

**AUTUMN D. SPAETH**
U.S. Magistrate Judge